FILED
U.S. DISTRICT COURT
W.D.N.Y BUFFALO

2008 APR -1 PM 12: 24

-PS-O-

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ARYEN JOSEPH SELEVAN,

　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　　DECISION AND ORDER
-v-　　　　　　　　　　　　　　　　　　　06-CV-0635A

GOVENOR GEORGE PATAKI, et al.

　　　　　Defendants.

By Order filed December 15, 2006 (Docket No. 3), incorporated by reference herein, this Court dismissed with prejudice plaintiff Aryen Joseph Selevan's complaint pursuant to 28 U.S.C. § 1915(e)(2)(B). In addition, the Court ordered that Selevan show cause by a certain date, why the Court should not impose, for the reasons set forth in the Court's Order, the sanction enumerated therein, specifically that Selevan be barred from filing or submitting any further actions, complaints, lawsuits and letters, of any type with this Court. The Court's Order advised Selevan that his failure to respond to the Court's order to show cause by the date set forth therein would result in the imposition of such sanction.

Selevan submitted no response to the Court's Order. Accordingly, this Court reaffirms the Order filed December 15, 2006, and imposes upon Selevan the sanction described therein. (Docket No. 3).

## **CONCLUSION AND ORDER**

For the reasons discussed in the Court's Order filed December 15, 2006 (Docket No. 3), the Court finds that the sanction enumerated therein, which is based upon the Court's inherent authority and Fed. R. Civ. P. 11, is warranted and is hereby imposed upon plaintiff Aryen Joseph Selevan.

The Court also hereby certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this judgment would not be taken in good faith and therefore denies leave to appeal as a poor person. *Coppedge v. United States,* 369 U.S. 438 (1962).

Petitioner must file any notice of appeal with the Clerk's Office, United States District Court, Western District of New York, within thirty (30) days of the date of entry of this Order in this action. Requests to proceed on appeal as a poor person must be filed with the United States Court of Appeals for the Second Circuit in accordance with the requirements of Rule 24 of the Federal Rules of Appellate Procedure.

IT IS HEREBY ORDERED that Aryen Joseph Selevan is barred from filing and submitting any further actions, complaints, lawsuits and letters, of any type with this Court.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

DATED: March 31, 2008
Rochester, New York